■ In the Matter of the Arbitration between the CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., Respondent, and NEW YORK STATE THRUWAY AUTHORITY, Appellant.—Order, Supreme Court, Albany County, entered April 15, 1976, affirmed, without costs, on the opinion of Staley, Jr., J., at Special Term. Koreman, P. J., Greenblott, Sweeney, Kane and Mahoney, JJ., concur.